STATE OF NEW JERSEY v. ALPHONSO LEWIS.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE FLORINDA ZADRA.

December 22, 1981.

Petition for certification denied.

VERA ZITZMAN v. JACOB FREESMAN.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT NELSON HOLMES.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. GUY SIMMONS.

December 22, 1981.

Petition for certification denied.